1  MICHELLE D. ALARIE, ESQ.
   Nevada Bar No. 11894
2  ARMSTRONG TEASDALE LLP
   3770 Howard Hughes Parkway, Suite 200
3  Las Vegas, NV 89169
   Telephone: (702) 678-5070
4  Facsimile: (702) 878-9995
   Email: malarie@armstrongteasdale.com
5
   *Counsel for Defendants United Parcel Service,*
6  *Inc., United Parcel Service Flexible Benefit Plan,*
   *and Aetna Life Insurance Company*
7
   J. TIMOTHY MCDONALD, ESQ.
8  (admitted *pro hac vice*)
   Georgia Bar No.: 489420
9  THOMPSON HINE LLP
   Two Alliance Center
10 3560 Lenox Road, Suite 1600
   Atlanta, Georgia 30326
11 Telephone: (404) 407-3623
   Facsimile: (404) 541-2905
12 Email: tim.mcdonald@thompsonhine.com

13 *Counsel for Defendants United Parcel Service, Inc.*
   *and United Parcel Service Flexible Benefit Plan*
14

15

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WARREN SMITH | Case No. 3:17-cv-00137-HDM-WGC |
| Plaintiff, | |
| v. | **ORDER GRANTING UNOPPOSED MOTION TO EXTEND ALL REMAINING BRIEFING DEADLINES IN THE SCHEDULING ORDER (ECF NO. 25)** |
| UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE FLEXIBLE BENEFIT PLAN, and AETNA LIFE INSURANCE COMPANY, | |
| Defendants. | **[FIRST REQUEST]** |

Defendants United Parcel Service, Inc. ("UPS") and United Parcel Service Flexible Benefit Plan (the "Plan"), by and through their counsel, Armstrong Teasdale LLP and Thompson Hine LLP (admitted *pro hac vice*), and Aetna Life Insurance Company ("Aetna" and collectively

with UPS and Plan, the "Defendants"), by and through its counsel, Armstrong Teasdale LLP, pursuant to FRCP 6 and Local Rule LR IA 6-1, hereby respectfully request that the remaining briefing deadlines set forth in the Discovery Plan and Scheduling Order ("Scheduling Order") entered on July 13, 2017 (ECF No. 25) be continued. Plaintiff Warren Smith ("Plaintiff") filed his Motion for Summary Judgment on November 20, 2017. (ECF No. 29). Defendants' opposition to Plaintiff's FRCP 56 motion and any cross-motion under FRCP 56, which are currently due on December 18, 2017, would be due on February 16, 2018; Plaintiff's opposition to Defendants' cross-motion under FRCP and reply in support of its FRCP 56 motion, which are currently due on January 17, 2018, would be due on March 30, 2018; and Defendants' reply in support of their cross-motion under FRCP 56, which is currently due on February 19, 2018, would be due on April 27, 2018. This is the first request to extend these particular deadlines.

On December 11, 2017, and December 13, 2017, undersigned counsel contacted Michael Flanigan, Esq., counsel for Plaintiff, regarding a proposed extension of the briefing deadlines. Mr. Flanigan is in agreement with the discovery extensions proposed herein.

Good cause for this extension exists. To accommodate several unanticipated demands of filing a response brief and a cross-motion for summary judgment on behalf of three defendants, counsel for Defendants desired a short extension of their December 18, 2017, deadline. Plaintiff's counsel, however, was unable to accommodate a short continuance because of the upcoming holiday and because he is scheduled to begin a trial on January 2, 2018 that is anticipated to last through February 2018 (30 trial days). As such, counsel for all parties agreed that a continuance of the briefing schedule to accommodate Defendants' need for additional time and Plaintiff's counsel's trial setting was necessary under the circumstances. This case was initially filed on March 3, 2017, thus this extension request will not result in an unreasonable delay in having this matter decided. This extension request is made in good faith and is not intended to unduly delay the proceedings.

For the foregoing reasons, Defendants respectfully request that this Court continue all remaining deadlines in the Scheduling Order as follows:

- Defendants' Opposition to Plaintiff's FRCP 56 motion be filed no later than **February 16, 2018,** and Defendants' FRCP 56 cross-motion be filed no later than **February 16, 2018.**
- Plaintiff's Reply in support of its FRCP 56 motion be filed no later than **March 30, 2018,** and Plaintiff's Opposition to Defendants' FRCP 56 cross-motion be filed no later than **March 30, 2018.**
- Defendants' Reply in support of its FRCP 56 cross-motion be filed no later than **April 27, 2018.**

Dated this 14th day of December, 2017.

**ARMSTRONG TEASDALE LLP**

By: /s/ Michelle D. Alarie
    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 11894
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169

*Counsel for Defendants United Parcel Service, Inc., United Parcel Service Flexible Benefit Plan, and Aetna Life Insurance Company*

and

    J. TIMOTHY MCDONALD, ESQ.
    Georgia Bar No.: 489420
    THOMPSON HINE LLP
    3560 Lenox Road, Suite 1600
    Atlanta, GA 30326

*Counsel for Defendants United Parcel Service, Inc. and United Parcel Service Flexible Benefit Plan*

**ORDER**

**IT IS SO ORDERED.**

/s/ Howard D. McKibben
UNITED STATES DISTRICT JUDGE
DATED: December 14, 2017

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2017, the foregoing **UNOPPOSED MOTION TO EXTEND ALL REMAINING BRIEFING DEADLINES IN THE SCHEDULING ORDER (ECF NO. 25)** was served on the party(ies) Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures ☒ via electronic service and/or ☐ by mailing a copy thereof, first class mail, postage prepaid, to:

J. Timothy McDonald    tim.mcdonald@thompsonhine.com, tamika.grant@thompsonhine.com

Michael W Flanigan    mflanigan@farnorthlaw.com, jrasor@farnorthlaw.com

Stephen S Kent    skent@skentlaw.com, jellis@skentlaw.com, jrusso@skentlaw.com, mporter@skentlaw.com

/s/ Jessica Myrold
An employee of Armstrong Teasdale LLP