1  MICHELLE D. ALARIE, ESQ.
   Nevada Bar No. 11894
2  ARMSTRONG TEASDALE LLP
   3770 Howard Hughes Parkway, Suite 200
3  Las Vegas, NV 89169
   Telephone:  (702) 678-5070
4  Facsimile:  (702) 878-9995
   Email:  malarie@armstrongteasdale.com

   *Counsel for Defendants United Parcel Service,
   Inc., United Parcel Service Flexible Benefit Plan,
   and Aetna Life Insurance Company*

   J. TIMOTHY MCDONALD, ESQ. (*pro hac vice*)
   Georgia Bar No.: 489420
   THOMPSON HINE LLP
   Two Alliance Center
   3560 Lenox Road, Suite 1600
   Atlanta, Georgia  30326
   Telephone:  (404) 407-3623
   Facsimile:  (404) 541-2905
   Email:  tim.mcdonald@thompsonhine.com

   *Counsel for Defendants United Parcel Service, Inc.
   and United Parcel Service Flexible Benefit Plan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WARREN SMITH<br><br>      Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE FLEXIBLE BENEFIT PLAN, and AETNA LIFE INSURANCE COMPANY,<br><br>      Defendants. | Case No. 3:17-cv-00137-HDM-WGC<br><br>**ORDER GRANTING STIPULATION TO: (1) EXTEND DEFENDANTS' DEADLINE TO FILE REPLY BRIEFS AS SET FORTH IN THE SCHEDULING ORDER AS AMENDED BY ECF NO. 32; AND (2) ALLOW PLAINTIFF TO FILE CORRECTED DOCUMENT IN PLACE OF ECF NO. 37**<br><br>**[SECOND REQUEST – TO EXTEND BREIFING DEADLINE ]** |

Defendants United Parcel Service, Inc. ("UPS") and United Parcel Service Flexible Benefit Plan (the "Plan"), by and through their counsel, Armstrong Teasdale LLP and Thompson

Hine LLP (admitted *pro hac vice*), and Aetna Life Insurance Company ("Aetna" and collectively with UPS and Plan, the "Defendants"), by and through its counsel, Armstrong Teasdale LLP, and Plaintiff Warren Smith ("Plaintiff"), by and through his counsel Kent Law and Flanigan & Bataille (admitted *pro hac vice*), hereby stipulate and agree:

1) To extend the deadline for Defendants' to file their reply briefs in support of their Motions for Summary Judgment filed on February 16, 2018 (ECF No. 33 & 34) by ten (10) days, from April 27, 2018, to May 7, 2018. This is the second request to extend Defendants' reply brief deadline, and a hearing date has not been set for this matter; and

2) To allow Plaintiff to replace the documents currently on file as ECF No. 37 with the documents bearing ECF No. 39-1, which is the relief requested in Plaintiff's Motion to for Leave to File an Amended Pleading (ECF No. 39).

Pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1, good cause exists to extend Defendants' reply brief deadline. Counsel that has been primarily involved in the drafting of Defendants' briefing for this matter and who will participate in drafting of the reply brief will be out of the office for personal reasons for a substantial amount of time prior to the reply brief deadline. As such, Defendants seek a short ten-day extension of their reply brief deadline to allow counsel the time necessary to fully participate in responding to Plaintiff's Opposition to Defendants' Motions for Summary Judgment. Plaintiff has no objection to this short extension of time. This case was initially filed on March 3, 2017, thus this short extension will not result in an unreasonable delay in having this matter decided. Furthermore, this stipulation is made in good faith and is not intended to unduly delay the proceedings.

The parties also agree to allow Plaintiff to replace the document currently on file as ECF No. 37 with the corrected document currently on file as ECF No. 39-1, as requested in Plaintiff's Motion to for Leave to File an Amended Pleading (ECF No. 39) ("Motion to Amend"). The corrected document simply corrects the date affixed at the end of Plaintiffs' Reply/Opposition Brief and on the Certificate of Service, the footer, page numberings, and a few non-substantive grammatical and formatting issues. Based on this stipulation, once it approved by the Court, the

relief requested in the Motion to Amend would become moot, with the Plaintiff withdrawing his Motion to Amend.

For all of the above-mentioned reasons, the parties respectfully request that this Court approve this stipulation and allowing Defendants' reply brief deadline to move from April 27, 2018, to May 7, 2018; further allowing Plaintiff to replace the document currently on file as ECF Nos. 37 with the corrected document currently on file as ECF Nos. 39-1.

| | |
|---|---|
| Dated this 12th day of April, 2018. | Dated this 12th day of April, 2018. |
| **FLANIGAN & BATAILLE** | **ARMSTRONG TEASDALE, LLP** |
| By:/s/*Michel W. Flanigan*<br>  MICHAEL W. FLANIGAN, ESQ.<br>  Admitted *Pro Hac Vice*<br>  1007 W. 3rd Ave., Suite 206<br>  Anchorage, Alaska 99501<br>  Telephone: (907) 279-9999<br>  Facsimile: (907) 258-3804<br>  mflanigan@farnorthlaw.com | By:/s/*Michelle D. Alarie*<br>  MICHELLE D. ALARIE, ESQ.<br>  Nevada Bar No. 11894<br>  3770 Howard Hughes Pkwy, Suite 200<br>  Las Vegas, NV 89169<br><br>*Counsel for Defendants United Parcel Service, Inc., United Parcel Service Flexible Benefit Plan, and Aetna Life Insurance Company* |
| STEPHEN A. KENT, ESQ.<br>Nevada Bar No. 1251<br>LAW OFFICE OF STEPHEN KENT<br>201 West Liberty Street, Suite 320<br>Reno, Nevada 89501<br>Telephone: (775) 324-9800<br>Facsimile: (775) 324-9803<br>skent@skentlaw.com | J. TIMOTHY MCDONALD, ESQ.<br>Georgia Bar No. 489420<br>THOMPSON HINE LLP<br>Admitted *Pro Hac Vice*<br>Two Alliance Center,<br>3560 Lenox Road, Suite 1600<br>Atlanta, Georgia, 30326 |
| *Counsel for Plaintiff Warren Smith* | *Counsel for Defendants United Parcel Service, Inc. and United Parcel Service Flexible Benefit Plan* |

**ORDER**

**IT IS SO ORDERED.**

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

DATED:  April 13, 2018

3