| | |
|---|---|
| STEPHEN A. KENT, ESQ.<br>Nevada Bar No. 1251<br>KENT LAW<br>201 West Liberty Street, Suite 320<br>Reno, Nevada 89501<br>Telephone: (775) 324-9800<br>Facsimile: (775) 324-9803<br>Email: skent@skentlaw.com | MICHELLE D. ALARIE, ESQ.<br>Nevada Bar No. 11894<br>ARMSTRONG TEASDALE, LLP<br>3770 Howard Hughes Pkwy, Ste. 200<br>Las Vegas, NV 89169<br>Telephone: (702) 678-5070<br>Facsimile: (702) 878-9995<br>Email: malarie@armstrongteasdale.com |
| MICHAEL W. FLANIGAN, ESQ.<br>Alaska Bar No. 7710114<br>FLANIGAN & BATAILLE<br>Admitted *Pro Hac Vice*<br>1007 W. 3rd Ave., Suite 206<br>Anchorage, Alaska 99501<br>Telephone: (907) 279-9999<br>Facsimile: (907) 258-3804<br>Email: mflanigan@farnorthlaw.com | *Counsel for Defendants United Parcel Service, Inc., United Parcel Service Flexible Benefit Plan, and Aetna Life Insurance Company*<br><br>J. TIMOTHY MCDONALD, ESQ.<br>Georgia Bar No. 489420<br>THOMPSON HINE LLP<br>Admitted *Pro Hac Vice*<br>Two Alliance Center,<br>3560 Lenox Road, Suite 1600<br>Atlanta, Georgia, 30326<br>Telephone (404) 407-3623<br>Facsimile: (404) 541-2905<br>E-mail: Tim.McDonald@thompsonhine.com |
| *Counsel for Plaintiff Warren Smith* | *Counsel for Defendants United Parcel Service, Inc. and United Parcel Service Flexible Benefit Plan* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WARREN SMITH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE FLEXIBLE BENEFIT PLAN, and AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:17-cv-00137-HDM-WGC<br><br>**JOINT STATUS REPORT AND ORDER TO EXTEND RESPONSE DEADLINES RELATED TO ECF NOS. 48 AND 53**<br><br>**(First Request)** |

Comes now the Parties, by and through counsel, and hereby provide the Court with the following status report and joint request to extend certain response deadlines related to the briefing of ECF No. 48 and 53, which are presently August 21, 2018 and August 16,

2018 respectively, by thirty (30) days. This is the first request to extend these particular deadlines.

Good cause exists to extend these deadlines. Following the Court's Order regarding the Motions for Summary Judgment (ECF No. 46), the parties have conferred and agreed to an amicable settlement of the Plaintiff's claims for STD benefits, including, costs, interest and attorney's fees. This settlement will moot Plaintiff's Motion for Attorney's Fees, Costs, and Prejudgment Interest (ECF No. 48 – 52, 54), and Plaintiff's Bill of Costs (ECF No. 53), and the Notice of Appeal filed by the UPS Defendants (ECF No. 55). The Defendants' counsel is presently preparing a settlement agreement, which will result in the dismissal of this matter and the appeal and include the acknowledgement of the Plaintiff's right to seek LTD benefits. The Parties therefore request that this Court stay all further proceedings in this case for a period of 30 days to allow for Defendants to provide a settlement agreement acceptable to all parties, fund the settlement, and supply the forms for Plaintiff to apply for LTD benefits.

Accordingly, the Parties respectfully request that this Court stay this proceeding for 30 days, and that the deadline to respond to ECF No. 48, be continued from August 21, 2018, to **September 21, 2018,** and the deadline to respond to ECF No. 53, be continued from August 16, 2018, to **September 17, 2018.**

Dated this 16th day of August, 2018.

| KENT LAW | ARMSTRONG TEASDALE, LLP |
|---|---|
| By:  /s/ STEPHEN A. KENT  Nevada Bar No. 1251  201 West Liberty Street, Suite 320  Reno, Nevada 89501  Telephone: (775) 324-9800  Facsimile: (775) 324-9803  Email: skent@skentlaw.com  and | By:  /s/ MICHELLE D. ALARIE, ESQ.  Nevada Bar No. 11894  ARMSTRONG TEASDALE, LLP  3770 Howard Hughes Pkwy, Ste 200  Las Vegas, NV 89169  Telephone: (702) 678-5070  Facsimile: (702) 878-9995  Email: alaria@armstrongteasdale.com  *Counsel for Defendants United Parcel Service, Inc., United Parcel Service Flexible Benefit Plan, and Aetna Life Insurance Company* |

2

| | |
|---|---|
| /s/ MICHAEL W. FLANIGAN, ESQ.<br>Alaska Bar No. 7710114<br>Admitted *Pro Hac Vice*<br>FLANIGAN & BATAILLE<br>1007 W. 3rd Ave., Suite 206<br>Anchorage, Alaska 99501<br>Telephone: (907) 279-9999<br>Facsimile: (907) 258-3804<br>Email: mflanigan@farnorthlaw.com<br><br>*Co-Counsel for Plaintiff Warren Smith* | and<br><br>/s/ J. TIMOTHY MCDONALD, ESQ.<br>Georgia Bar No. 489420<br>THOMPSON HINE LLP<br>Admitted *Pro Hac Vice*<br>Two Alliance Center,<br>3560 Lenox Road, Suite 1600<br>Atlanta, Georgia, 30326<br>Telephone (404) 407-3623<br>Facsimile: (404) 541-2905<br>E-mail: Tim.McDonald@thompsonhine.com<br><br>*Counsel for Defendants United Parcel Service, Inc. and United Parcel Service Flexible Benefit Plan* |

**ORDER**

**IT IS SO ORDERED.**

*Howard D. McKibben*

UNITED STATES DISTRICT JUDGE
DATED: August 16, 2018