1 | MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
2 | ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
3 | Las Vegas, NV 89169
Telephone: (702) 678-5070
4 | Facsimile: (702) 878-9995
Email: malarie@armstrongteasdale.com
5 |
*Counsel for Defendants United Parcel Service,*
6 | *Inc., United Parcel Service Flexible Benefit Plan,*
*and Aetna Life Insurance Company*
7 |
J. TIMOTHY MCDONALD, ESQ. (*pro hac vice*)
8 | Georgia Bar No.: 489420
THOMPSON HINE LLP
9 | Two Alliance Center
3560 Lenox Road, Suite 1600
10 | Atlanta, Georgia 30326
Telephone: (404) 407-3623
11 | Facsimile: (404) 541-2905
Email: tim.mcdonald@thompsonhine.com
12 |
*Counsel for Defendants United Parcel Service, Inc.*
13 | *and United Parcel Service Flexible Benefit Plan*

14 |

15 | **UNITED STATES DISTRICT COURT**

16 | **DISTRICT OF NEVADA**

17 |

| | |
|---|---|
| WARREN SMITH | Case No. 3:17-cv-00137-HDM-WGC |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINES TO ECF NOS. 48 & 53** (SECOND REQUEST) |
| UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE FLEXIBLE BENEFIT PLAN, and AETNA LIFE INSURANCE COMPANY, | |
| Defendants. | |

26 |     Defendants United Parcel Service, Inc. and United Parcel Service Flexible Benefit Plan,

27 | by and through their counsel, Armstrong Teasdale LLP and Thompson Hine LLP (admitted *pro*

28 | *hac vice*), and Aetna Life Insurance Company, by and through its counsel, Armstrong Teasdale

LLP, hereby move pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1 to extend certain response deadlines related to the briefing of Plaintiff Warren Smith's Motion for Attorney's Fees, Costs, and Prejudgment Interest (ECF No. 48) filed on August 8, 2018, and Bill of Costs (ECF No. 53) filed on August 2, 2018, which are presently September 21, 2018 and September 17, 2018 respectively, by an additional thirty (30) days. This is the second request to extend these particular deadlines. A hearing has not been scheduled for any of these matters.

Good cause exists to extend Defendants' response deadlines by an additional 30 days. As the parties previously informed this Court on August 16, 2018, the parties agreed to an amicable settlement of the Plaintiff's claims for STD benefits, including, costs, interest, and attorney fees. This settlement will moot Plaintiff's Motion for Attorney's Fees, Costs, and Prejudgment Interest, Plaintiff's Bill of Costs, and the Notice of Appeal filed by the UPS Defendants (ECF No. 55). To date, the parties have worked diligently to finalize the written settlement agreement and are in the process of collecting signatures and processing payment. As soon as that occurs, the parties will be able to dismiss this action and the pending appeal. In addition, the processing of Plaintiff's long-term disability claim began even before receiving signatures on the settlement agreement.

On September 12-13, 2018, Tim McDonald, Esq., counsel for the UPS Defendants, emailed Michael Flanigan, Esq., counsel for Plaintiff, to inquire about this extension request. Mr. Flanigan consented to the Defendants filing an unopposed motion to extend Defendants' response deadlines by 30-days.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, Defendants respectfully request that this Court extend Defendants' response deadlines such that the deadline to respond to ECF No. 48 is continued from September 21, 2018, to **October 22, 2018,** and the deadline to respond to ECF No. 53 is continued from September 17, 2018, to **October 17, 2018.**

Dated this 14th day of September, 2018.          ARMSTRONG TEASDALE LLP

                                                 By:/s/*Michelle D. Alarie*
                                                     MICHELLE D. ALARIE, ESQ.
                                                     Nevada Bar No. 11894
                                                     3770 Howard Hughes Pkwy, Suite 200
                                                     Las Vegas, NV 89169

                                                 *Counsel for Defendants United Parcel Service,*
                                                 *Inc., United Parcel Service Flexible Benefit*
                                                 *Plan, and Aetna Life Insurance Company*

                                                     J. TIMOTHY MCDONALD, ESQ.
                                                     Georgia Bar No. 489420
                                                     THOMPSON HINE LLP
                                                     Admitted *Pro Hac Vice*
                                                     Two Alliance Center,
                                                     3560 Lenox Road, Suite 1600
                                                     Atlanta, Georgia, 30326

                                                 *Counsel for Defendants United Parcel Service,*
                                                 *Inc. and United Parcel Service Flexible Benefit*
                                                 *Plan*

**IT IS SO ORDERED.**

**DATED:**  September 14, 2018

                                                 *Howard D. McKibben*

                                                 SENIOR U.S. DISTRICT JUDGE